United States District Court
Southern District of Texas
**ENTERED**
May 17, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Lucy Galvan, §<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>Wal-Mart Stores Texas, LLC, §<br>*Defendant*. §<br>§ | Civil Action No. 1:18-cv-00042 |

## FINAL JUDGMENT

On May 11th, 2018, the parties jointly filed a Stipulation of Dismissal. [Doc. No. 9]. This case is hereby dismissed with prejudice. Each party shall bear its own fees and costs.

Signed this 17th day of May, 2018.

_____
Andrew S. Hanen
United States District Judge